FILED BY _____ D.C.

05 AUG 15 PM 2: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

GARDEN CITY BOXING CLUB, INC.            **JUDGMENT IN A CIVIL CASE**

VS

RAFAEL RAMIREZ and ALICIA
RAMIREZ, Individually and d/b/a
EL GALLO GIRO'S BILLIARD a/k/a
MARISCOS GALLO a/k/a MARISIOS
EL GALLO GIRIO RESTAURANT, and
EL GALLO GIRO'S BILLIARD a/k/a
MARISCOS GALLO a/k/a MARISIOS EL
GALLO GIRIO RESTAURANT.                  **CASE NO: 04-2451 M1/V**

---

The parties having stipulated and agreed:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Stipulation of Dismissal filed August, _15_, 2005, this case is DISMISSED with prejudice.


APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_Aug 15, 2005_
Date

**THOMAS M. GOULD**
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-15-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02451 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Wayne D. Lonstein
LONSTEIN LAW OFFICE PC
1 Terrace Hill
P.O. Box 351
Ellenville, NY 12428

Honorable Jon McCalla
US DISTRICT COURT